**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK SHARP & DOHME B.V.; N.V. ORGANON; ORGANON USA LLC; and ORGANON LLC, | Civil Action No. 25-2254 |
| Plaintiffs, | *Document Electronically Filed* |
| v. | **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |
| XIROMED PHARMA ESPAÑA, S.L.; XIROMED, LLC; and INSUD PHARMA, S.L.U., | |
| Defendants. | |

Pursuant to Local Civil Rule 11.2, the undersigned counsel of record for Plaintiffs hereby certifies that to the best of my knowledge and based upon the information available to me, the matter in controversy is not the subject of any action pending in this or any other court or of any pending arbitration or administrative proceeding.

Dated: April 2, 2025
    Newark, New Jersey

<u>s/ William P. Deni, Jr.</u>
William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
wdeni@gibbonslaw.com

*Attorneys for Plaintiffs*